

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00268-CV

**IN THE INTEREST OF R.R. AND S.M.R., CHILDREN**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00858
Honorable Richard Garcia, Judge Presiding

# O R D E R

  Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to July 5, 2016.

_____
Jason Pulliam, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court